TIMOTHY K. BRANSON (SBN: 187242)
tbranson@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway Suite 2000
San Diego, CA 92101
Telephone: (619) 230-7441
Facsimile: (619) 696-7124

SARA ANDERSON FREY (Pro Hac Vice)
sfrey@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
1717 Arch Street, Suite 610
Philadelphia, PA 19103
Telephone: (215) 717-4009
Facsimile: (215) 693-6650

Attorneys for Defendant
CHOICE HOTELS INTERNATIONAL, INC.

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LUISINIO MOLINA, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

CHOICE HOTELS INTERNATIONAL, INC.,

Defendant.

Case No. 3:25-cv-06827-RS

**DEFENDANT CHOICE HOTELS INTERNATIONAL, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITIES IN SUPPORT OF MOTION TO DISMISS COMPLAINT**

Judge: Honorable Richard Seeborg

Action Filed: August 12, 2025

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

Defendant Choice Hotels International, Inc. ("Defendant" or "Choice Hotels"), by and through its undersigned counsel, hereby files this Notice of Supplemental Authority in support of its Motion to Dismiss Complaint (Doc. 13).

Attached hereto as Exhibit A is the August 3, 2026 opinion and order entered in *Merical v. The Joint Corp.*, Case No. 1:26-cv-00974-KES-SAB, 2026 WL2225531 (E.D. Cal. Aug. 3, 2026). In that decision, the United States District Court for the Eastern District of California granted a motion to dismiss claims arising from alleged website tracking technologies, including claims brought under the California Invasion of Privacy Act ("CIPA"). The Court dismissed the plaintiff's claims, finding that the plaintiff failed to establish Article III standing. Alternatively, the Court dismissed the plaintiff's CIPA § 631(a) claims, finding that CIPA § 631(a) does not apply to cases involving the internet.

Attached as Exhibit B is the July 29, 2026 order and opinion in *Malko v. GNC Holdings, Inc.*, Case No. 2:26-cv-01833-MCS-AJR, 2026 WL 2218133 (C.D. Cal. July 29, 2026). In that decision, the United States District Court for the Central District of California granted a motion to dismiss claims arising from alleged website tracking technologies, including claims under CIPA and the California Constitution. There, the Court dismissed the plaintiff's claims, finding that the plaintiff failed to establish Article III standing.

These supplemental authorities are relevant to Choice Hotel's pending Motion to Dismiss because they address substantially similar claims and legal authorities. Choice Hotels has moved to dismiss on similar grounds as those granted in *Merical* and *Malko*. Choice Hotels respectfully submits that these supplemental authorities further support dismissal of Plaintiff's Complaint.

Respectfully submitted,

Dated: August 10, 2026

GORDON REES SCULLY
MANSUKHANI, LLP

By: /s/ Sara Anderson Frey
Timothy K. Branson
Sara Anderson Frey (pro hac vice)
Attorneys for Defendant CHOICE
HOTELS INTERNATIONAL, INC.